WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
CHRISTIAN S. NAFZGER
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 83712-9903
TELEPHONE: (208) 334-1211
FAX (208) 334-1038

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR No. 10-289-S-EJL |
| Plaintiff, | ) |
| | ) MOTION TO CONTINUE JURY |
| vs. | ) TRIAL |
| | ) |
| ARMANDO JASON SALTZER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

      The United States of America and Wendy J. Olson, United States Attorney for the District of Idaho, and Christian S. Nafzger, the undersigned Assistant United States Attorney, respectfully move this Court to continue the jury trial in this case, currently scheduled for July 5, 2011, for a period of two weeks as the attorney for the United States will be out of state.

      Defense counsel joins in this request for a continuance.

- 2 -

Accordingly, it is respectfully requested that this Court continue the jury trial in this case to a date at least two weeks beyond July 5, 2011.

DATED this 24th day of February, 2011.

        WENDY J. OLSON
        United States Attorney
        By:

        _____
        /s/ Christian S. Nafzger
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Idaho, and that a copy of the foregoing Motion to Continue Jury Trial was served on all parties named below this 24th day of February, 2011.

    ___ United States Mail, postage prepaid

    ___ Hand delivery

    ___ Facsimile Transmission (fax)

    ___ Federal Express

    _x_ ECF Filing

Mark J. Ackley
Federal Defender Services of Idaho
Key Bank Building, Suite 1000
702 West Idaho Street
Boise, Idaho 83702

                                          _____
                                          /s/ Christian S. Nafzger